JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Robert R. Spratley ;
**County of Residence:** Hillsborough County

**Defendant(s):**
First Listed Defendant:
AMQ International Corporation ;
**County of Residence:** Hillsborough County

**County Where Claim For Relief Arose:** Hillsborough County

**Plaintiff's Attorney(s):**
Attorney at Law Frank Michael Malatesta (Robert Spratley)
Malatesta Law Office
871 Venetia Bay Blvd Ste 220
Venice, Florida 34285
**Phone:** 9412563812
**Fax:** 9412563812
**Email:** Frank@MalatestaLawOffice.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff: N/A
   Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** Fair Labor Standards Act, 29 USC 201 et seq.
**Requested in Complaint**
   Class Action: Not filed as a Class Action
   Monetary Demand (in Thousands): $25,000
   Jury Demand: Yes
   Related Cases: Is NOT a refiling of a previously dismissed action

Signature: _____
Date: 5/30/2017